**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

Francis Doll III, *et al.*, : No. 3:08-cv-00718 (WWE)

v.

Champion Laboratories, Inc., *et al.* : May 20, 2008

**PLAINTIFF'S MOTION TO TRANSFER ACTION**
**TO THE DOCKET OF THE HONORABLE JANET BOND ARTERTON**

Plaintiffs, Francis Doll III, Perry Piper, John Foster, Ben Hammer, Dale Bentley, Dan Gordon, Charles Gregory, Wesley Frame, Jason Matthys and Karen Gorton ("Plaintiffs"), hereby respectfully move this Court, pursuant to 28 U.S.C. § 1404(b) and Local Civil Rule 40(b), for transfer of the above-captioned action to the docket of the Honorable Janet Bond Arterton. As more fully stated in the accompanying Memorandum of Law, this action is related to another earlier filed action assigned to Judge Arteron. Therefore, transfer of this action to Judge Arterton's docket will preserve judicial resources and avoid the potential for duplicative discovery and pretrial proceedings.

Respectfully submitted,

By: /s/ Patrick A. Klingman

Patrick A. Klingman (ct17813)
pklingman@sfmslaw.com
**SHEPHERD FINKELMAN MILLER & SHAH, LLP**
65 Main Street
Chester, CT 06412-1311
Phone: (860) 526-1100
Fax: (860) 526-1120

Vincent J. Esades
Renae D. Steiner
Katherine T. Kelly
**HEINS MILLS & OLSON, PLC**
310 Clifton Avenue
Minneapolis, MN 55403
Phone: (612) 338-4605
Fax: (612) 338-4692

Christian Sande
**CHRISTOPHER SANDE LLC**
2751 Hennepin Avenue South, No. 232
Minneapolis, MN 55408
Phone: (612) 387-1430
Fax: (612) 677-3078

Timothy J. Peters
**PETERS LAW FIRM**
2116 Second Avenue South
Minneapolis, MN 55404
Phone: (612) 746-1475
Fax: (612) 874-9793

**Plaintiffs' Counsel**

## CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2008, a copy of foregoing Plaintiffs' Motion to Transfer Action to the Docket of the Honorable Janet Bond Arterton, together with supporting Memorandum of Law, was filed electronically and served by electronic mail on counsel for the parties listed below. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

**Defendants Champion Laboratories, Inc. & United Components, Inc.**:

Benjamin A. Solnit
Rachel Reingold Mandel
Tyler, Cooper & Alcorn, LLP
555 Long Wharf Dr., 8th Floor
P.O. Box 1936
New Haven, CT 06509-0906
solnit@tylercooper.com
rmandel@tylercooper.com

Jennifer L. Giordano
Margaret M. Zwisler
Latham & Watkins
555 11th Street, NW Suite 1000
Washington, DC 20004
jennifer.giordano@lw.com
margaret.zwisler@lw.com

**Defendants Purolator Filters N.A. L.L.C. & Bosch U.S.A.**:

Gerald T. Giaimo
Bershtein, Volpe & McKeon, PC
105 Court Street., 3rd Floor
New Haven, CT 06511
gtg@bvmlaw.com

William M. O'Connor
Crowell & Moring LLP
153 E. 53rd Street 31st Floor
New York, NY 10022
woconnor@crowell.com

**Defendant Honeywell International, Inc.**:

James K. Robertson, Jr.
Carmody & Torrance
50 Leavenworth Street P.O. Box 1110
Waterbury, CT 06721-1110
jrobertson@carmodylaw.com

David S. Hardy
Carmody & Torrance
195 Church Street, 18th Floor
P.O. Box 1950
New Haven, CT 06509-1950
dhardy@carmodylaw.com

Edward D. Hassi
Gerald A. Stein
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036
ehassi@omm.com
gstein@omm.com

Richard G. Parker
O'Melveny & Myers
555 13th Street, NW
Washington, DC 20004-1109
rparker@omm.com

**Defendant Wix Filtration Products**:

David L. Belt
Trisha M. Morris
Jacobs, Grudberg, Belt, Dow & Katz, P.C.
350 Orange Street P.O. Box 606
New Haven, CT 06503-0606
dbelt@jacobslaw.com
tmorris@jacobslaw.com

John DeQ. Briggs
Howrey, LLP
1299 Pennsylvania. Avenue, NW
Washington, DC 20004
briggsj@howrey.com

**Defendant Cummins Filtration Inc.**:

Thomas D. Goldberg
Kenneth W. Ritt
Day Pitney LLP
One Canterbury Green
Stamford, CT 06901-2047
tdgoldberg@daypitney.com
kwritt@daypitney.com

**Defendant The Donaldson Company**:

Edward Wood Dunham
Erika L. Amarante
Wiggin & Dana
265 Church Street P.O. Box 1832
New Haven, CT 06508-1832
edunham@wiggin.com
eamarante@wiggin.com

James T. McKeown
Foley & Lardner, LLP
Firstar Center
777 East Wisconsin Avenue Suite 3800
Milwaukee, WI 53202
jmckeown@foley.com

**Defendant Baldwin Filters, Inc.**:

Francis H. Morrison, III
Maria Eleni Kokiasmenos
Michelle H. Seagull
Axinn, Veltrop & Harkrider
90 State House Square
Hartford, CT 06103-3702
fhm@avhlaw.com
mek@avhlaw.com
mhs@avhlaw.com

**Defendant Mann + Hummel U.S.A., Inc.**:

David A. Ball
Rachel A. Pencu
Stewart I. Edelstein
Cohen & Wolf, P.C.
1115 Broad Street P.O. Box 1821
Bridgeport, CT 06604
dball@cohenandwolf.com
rpencu@cohenandwolf.com
sedelstein@cohenandwolf.com

Adam J. Biegel
Alston & Bird, LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
adam.biegel@alston.com

Alan M. Kanzer
Amber C. Wessels
Alston & Bird, LLP
90 Park Avenue
New York, NY 10016
Alan.Kanzer@alston.com
Amber.Wessels@alston.com

**Defendant ArvinMeritor, Inc.**:

Joseph D. Jean
Dickstein Shapiro, LLP
1177 Avenue of the Americas
New York, NY 20036
jeanj@dicksteinshapiro.com

/s/ Patrick A. Klingman

Patrick A. Klingman (ct17813)
pklingman@sfmslaw.com
**SHEPHERD FINKELMAN MILLER & SHAH, LLP**
65 Main Street
Chester, CT 06412-1311
Phone: (860) 526-1100
Fax: (860) 526-1120

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| Francis Doll III, *et al.*, | : | |
| | : | No. 3:08-cv-00718 (WWE) |
| v. | : | |
| | : | |
| Champion Laboratories, Inc., *et al.* | : | May 20, 2008 |
| | : | |

**MEMORANDUM IN SUPPORT OF**
**PLAINTIFF'S MOTION TO TRANSFER ACTION**
**TO THE DOCKET OF THE HONORABLE JANET BOND ARTERTON**

Plaintiffs, Francis Doll III, Perry Piper, John Foster, Ben Hammer, Dale Bentley, Dan Gordon, Charles Gregory, Wesley Frame, Jason Matthys and Karen Gorton ("Plaintiffs"), hereby respectfully move this Court, pursuant to 28 U.S.C. § 1404(b) and Local Civil Rule 40(b), for transfer of the above-captioned action to the docket of the Honorable Janet Bond Arterton. As explained below, this action is related to another earlier filed action assigned to Judge Arteron, and transfer would, therefore, promote judicial efficiency.

## I. PROCEDURAL BACKGROUND

On March 31, 2008, S&E Quick Lube Distributors, Inc. ("S&E Quick Lube") filed in this District the first vehicle filters antitrust Class Action Complaint in the country against Champion Laboratories, Inc., Purolator Filters N.A. L.L.C., Honeywell International Inc., Wix Filtration Products, Cummins Filtration Inc., The Donaldson Company, Baldwin Filters, Inc., Bosch U.S.A., Mann + Hummel U.S.A., Inc., ArvinMeritor, Inc., United Components, Inc., and The Carlyle Group (collectively, "Defendants").[1] On April 10, 2008, Barjan, LLC ("Barjan") filed a related action in this District against Defendants. Both cases were assigned to Judge Arterton.

[1]Defendant The Carlyle Group was voluntarily dismissed, without prejudice, on April 11, 2008, from S&E Quick Lube's Complaint and all other related complaints pending in this District in which it was named as a defendant.

Since then, several other related actions have been transferred by Judges in this District to the docket of Judge Arterton. On April 22, 2008, the Honorable Mark R. Kravitz transferred the action brought by T.D.S Company, Inc., d/b/a TWI Auto Parts & Supplies (case no. 3:08-cv-00512), to Judge Arterton; on May 8, 2008, the action brought by Parts Plus Group, Inc. against Defendants (case no. 08-cv-00637) was transferred by the Honorable Vanessa L. Bryant to Judge Arterton; and, on May 12, 2008, Ward's Auto Painting and Body Works Inc.'s action (case no. 08-cv-00660) was transferred by Judge Kravitz to Judge Arterton.

On May 9, 2008, Plaintiffs filed this action, which is assigned to the Honorable Warren W. Eginton. During this same time period, several other related class actions against Defendants were filed in this District, as well as the Northern and Southern Districts of Illinois, the District of New Jersey, and the Eastern District of Tennessee.

## II. ARGUMENT

All plaintiffs in the above-referenced class actions (collectively, the "Related Actions"), including Plaintiffs here, assert that Defendants violated Section 1 of the Sherman Act, 15 U.S.C. § 1. In addition, Plaintiffs in this action, who are "indirect purchasers" of vehicle filters, also assert claims based on state antitrust and consumer protection laws. Based upon virtually identical allegations, all plaintiffs seek damages and injunctive relief on behalf of themselves and a proposed plaintiff class. For the reasons set forth herein, this related action should be transferred to the docket of Judge Arterton.

### A. Intradistrict Transfer Is Appropriate Here.

Under 28 U.S.C. § 1404(b), a court may, upon motion and at its discretion, make an "intradistrict" transfer of any action. *Illinois Brick Co. v. Illinois*, 431 U.S. 720, 762-63 (1977)

(recognizing "the intradistrict transfer power created by 28 U.S.C. § 1404(b)"). In addition, Local Civil Rule 40(b) likewise supports transfer because Judge Arteron was assigned the "earliest filed" related case. *See* D. Conn. L. Civ. R. 40(b) ("In the event that it is subsequently determined that there is pending in this District a related case, or, if one is later filed, such case should normally be assigned to the Judge having the earliest filed case"). Furthermore, Plaintiff's counsel understands that, during the May 16, 2008 initial conference with Judge Arterton in connection with the *S&E Quick Lube* action (case no. 08-cv-00475), Judge Arterton requested that all transferor courts be informed of her consent to the transfer of all related actions to her docket.

Here, transfer is appropriate because this action involves questions of fact and law that are identical to those at issue in the Related Actions, and the named defendants in all the actions are identical as well. Plaintiffs seek transfer of this action to Judge Arterton because the first-filed action is before her, as well as at least four other later-filed Related Actions (including two transferred by Judge Kravitz and one by Judge Bryant). If the Court grants the instant motion, this action will likely be consolidated with the Related Actions pursuant to a motion for consolidation before Judge Arterton. Transferring this action to Judge Arterton, and thereafter consolidating it with the Related Actions, will preserve judicial resources and avoid duplicative discovery and pretrial proceedings.

## IV. CONCLUSION

For the reasons set forth herein, in order to provide for the orderly and efficient conduct of the Related Actions, Plaintiffs respectfully request that the Court transfer this action to the docket of Judge Arterton.

Respectfully submitted,

By: /s/ Patrick A. Klingman

Patrick A. Klingman (ct17813)
pklingman@sfmslaw.com
**SHEPHERD FINKELMAN MILLER & SHAH, LLP**
65 Main Street
Chester, CT 06412-1311
Phone: (860) 526-1100
Fax: (860) 526-1120

Vincent J. Esades
Renae D. Steiner
Katherine T. Kelly
**HEINS MILLS & OLSON, PLC**
310 Clifton Avenue
Minneapolis, MN 55403
Phone: (612) 338-4605
Fax: (612) 338-4692

Christian Sande
**CHRISTOPHER SANDE LLC**
2751 Hennepin Avenue South, No. 232
Minneapolis, MN 55408
Phone: (612) 387-1430
Fax: (612) 677-3078

Timothy J. Peters
**PETERS LAW FIRM**
2116 Second Avenue South
Minneapolis, MN 55404
Phone: (612) 746-1475
Fax: (612) 874-9793

**Plaintiffs' Counsel**