UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| FRANCIS DOLL III, PERRY PIPER, JOHN FOSTER, BEN HAMMER, DALE BENTLEY, DAN GORDON, CHARLES GREGORY, WESLEY FRAME, JASON MATTHYS AND KAREN GORTON, individually and on behalf of a class of all those similarly situated | : : : : : : : : | CIVIL ACTION NO. |
| VS. | : : | 3:08-CV-00718 (WWE) |
| CHAMPION LABORATORIES, INC., UNITED COMPONENTS, INC., PUROLATOR FILTERS N.A. L.L.C., BOSCH U.S.A., MANN + HUMMEL U.S.A., INC., ARVINMERITOR INC., HONEYWELL INTERNATIONAL, WIX FILTRATION CORP. LLC, CUMMINS FILTRATION INC., THE DONALDSON COMPANY, BALDWIN FILTERS, INC. | : : : : : : : : : : : | JUNE 24, 2008 |

**DEFENDANT MANN + HUMMEL U.S.A., INC.'S
CORPORATE DISCLOSURE STATEMENT**

Defendant Mann + Hummel U.S.A., Inc. ("Mann + Hummel") submits this corporate disclosure statement pursuant to Fed. R. Civ. P. 7.1, and states that it is a wholly owned subsidiary of Mann + Hummel, Inc., a Delaware Corporation, and is an indirect subsidiary of Mann + Hummel GmbH, a closely held German Corporation. No publicly held corporation owns a 10 percent or greater interest in Mann + Hummel.

                DEFENDANT,
                MANN + HUMMEL U.S.A., INC.

By: /s/ David A. Ball
     David A. Ball, Esq.
     Federal Bar No. ct10154
     Cohen and Wolf, P.C.
     1115 Broad Street
     Bridgeport, CT  06604
     Tele:  (203) 337-4134
     Fax:   (203) 394-9901
     E-mail: dball@cohenandwolf.com

     Alan Kanzer, Esq.
     Alston & Bird LLP
     90 Park Ave.
     New York, NY 10016
     Tele:  (212) 210-9480
     Fax:  (212) 922-3980
     Email:  Alan.Kanzer@alston.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2008, a copy of the Corporate Disclosure Statement for Defendant Mann + Hummel U.S.A., Inc. dated June 24, 2008, was filed electronically.

Notice of the foregoing filing and this Certification of Service will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to any parties who are unable to accept electronic filing.

Parties may access the foregoing filings and this Certification of Service through the Court's system.

      /s/ David A. Ball
      David A. Ball