## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| FRANCIS DOLL III, PERRY PIPER, JOHN FOSTER, BEN HAMMER, DALE BENTLEY, DAN GORDON, CHARLES GREGORY, WESLEY FRAME, JASON MATTHYS AND KAREN GORTON, individually and on behalf of a class of all those similarly situated | : : : : : : : | CIVIL ACTION NO. |
| VS. | : : | 3:08-CV-00718 (WWE) |
| CHAMPION LABORATORIES, INC., UNITED COMPONENTS, INC., PUROLATOR FILTERS N.A. L.L.C., BOSCH U.S.A., MANN + HUMMEL U.S.A., INC., ARVINMERITOR INC., HONEYWELL INTERNATIONAL, WIX FILTRATION CORP. LLC, CUMMINS FILTRATION INC., THE DONALDSON COMPANY, BALDWIN FILTERS, INC. | : : : : : : : : : : : | JUNE 24, 2008 |

## **APPEARANCE**

To the Clerk of this Court and all parties of record:

Please enter my appearance in the above captioned case as counsel for Defendant Mann + Hummel U.S.A., Inc.   I certify that I am admitted to practice in this court.


By:   /s/ Stewart I. Edelstein
        Stewart I. Edelstein, Esq.
        Federal Bar No. ct06021
        Cohen and Wolf, P.C.
        1115 Broad Street
        Bridgeport, CT  06604
        Tele:  (203) 337-4144
        Fax:  (203) 394-9901
        E-mail: sedelstein@cohenandwolf.com

**CERTIFICATE OF SERVICE**

I hereby certify that on June 24, 2008, a copy of the Appearance of Stewart I. Edelstein, Esq. for Defendant Mann + Hummel U.S.A., Inc. dated June 24, 2008, was filed electronically.

Notice of the foregoing filing and this Certification of Service will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to any parties who are unable to accept electronic filing.

Parties may access the foregoing filings and this Certification of Service through the Court's system.

    /s/ Stewart I. Edelstein
    Stewart I. Edelstein