## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| FRANCIS DOLL III, ET AL., individually and on behalf of a class of all those similarly situated, | : <br> : <br> : CIVIL ACTION NO. |
| Plaintiffs, | : <br> : 3:08-CV-00718 (WWE) |
| vs. | : <br> : |
| CHAMPION LABORATORIES, INC., ET AL., | : JUNE 25, 2008 <br> : |
| Defendants. | : |

## **NOTICE OF APPEARANCE**

Please enter my appearance on behalf of defendant Cummins Filtration Inc. in the above-captioned action.

      /s/ Thomas D. Goldberg
      Thomas D. Goldberg (ct04386)
      Day Pitney LLP
      One Canterbury Green
      Stamford, Connecticut 06901-2047
      (203) 977-7300
      (203) 977-7301 (fax)
      tdgoldberg@daypitney.com

-2-

## CERTIFICATION

      I hereby certify that on June 25, 2008, a copy of the foregoing Appearance was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                          /s/ Thomas D. Goldberg
                                                          Thomas D. Goldberg