UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| FRANCIS DOLL, III, individually and on behalf of a class of all those similarly situated, et al. | : : : : | |
| | : | Case No.: 3:08-CV-00718 (WWE) |
| Plaintiffs, | : : | |
| v. | : : | |
| CHAMPION LABORATORIES, INC., et al., | : : : | |
| Defendants. | : | July 8, 2008 |

### NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for defendant Donaldson Company, Inc.

                DEFENDANT
                DONALDSON COMPANY, INC.

                /s/ Edward Wood Dunham
                Edward Wood Dunham (ct05429)
                WIGGIN AND DANA LLP
                One Century Tower
                P.O. Box 1832
                New Haven, CT 06508-1832
                (203) 498-4400
                (203) 782-2889 fax
                edunham@wiggin.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 8, 2008, a copy of the foregoing Notice of Appearance was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

      /s/ Edward Wood Dunham
      Edward Wood Dunham