UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| FRANCIS DOLL, III, individually and on behalf of a class of all those similarly situated, et al. : : : : | |
| : | Case No.: 3:08-CV-00718 (WWE) |
| Plaintiffs, : : | |
| v. : : | |
| CHAMPION LABORATORIES, INC., et al., : : : | |
| Defendants. : | July 8, 2008 |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for defendant Donaldson Company, Inc.

                                                                DEFENDANT
                                                                DONALDSON COMPANY, INC.


                                                                   /s/ Erika L. Amarante
                                                                Erika L. Amarante (ct22393)
                                                                WIGGIN AND DANA LLP
                                                                One Century Tower
                                                                P.O. Box 1832
                                                                New Haven, CT 06508-1832
                                                                (203) 498-4400
                                                                (203) 782-2889 fax
                                                                eamarante@wiggin.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 8, 2008, a copy of the foregoing Notice of Appearance was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

    /s/ Erika L. Amarante
Erika L. Amarante