UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FRANCIS DOLL, III, individually
and on behalf of a class of all those
similarly situated, et al.

   Plaintiffs,

v.

CHAMPION LABORATORIES, INC.,
et al.,

   Defendants.

Case No.: 3:08-CV-00718 (WWE)

July 8, 2008

## CORPORATE DISCLOSURE STATEMENT

Pursuant to its obligations under Federal Rule of Civil Procedure 7.1, defendant Donaldson Company, Inc. states that it has no parent company and that no publicly held corporation owns 10% or more of Donaldson Company, Inc.'s stock.

**DEFENDANT**
**DONALDSON COMPANY, INC.**

By:  /s/ Erika L. Amarante
   Edward Wood Dunham (ct05429)
   Erika L. Amarante (ct22393)
   WIGGIN AND DANA LLP
   One Century Tower
   P.O. Box 1832
   New Haven, CT 06508-1832
   (203) 498-4400
   (203) 782-2889 fax
   edunham@wiggin.com
   eamarante@wiggin.com

   *Its Attorneys*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 8, 2008, a copy of the foregoing Corporate Disclosure Statement was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

/s/ Erika L. Amarante
Erika L. Amarante