UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| FRANCIS DOLL, III, individually and on behalf of a class of all those similarly situated, et al. : : : : Plaintiffs, : : v. : : CHAMPION LABORATORIES, INC., : et al., : : Defendants. : | Case No.: 3:08-CV-00718 (WWE) July 8, 2008 |

**DEFENDANT DONALDSON COMPANY, INC.'S UNOPPOSED
MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 7(b), defendant Donaldson Company, Inc. respectfully moves for an extension of time of thirty (30) days, up to and including August 14, 2008, to answer or otherwise respond to plaintiff's complaint. In support of this motion, defendant Donaldson Company, Inc. states the following:

1. A representative contacted plaintiff's counsel on behalf of all defendants regarding this motion and plaintiff has consented to this extension;

2. This is defendant Donaldson Company, Inc.'s first motion for extension of time; and

3. Defendant Donaldson Company, Inc. needs additional time to investigate the business practices alleged in the complaint in order to adequately respond to plaintiff's complaint.

WHEREFORE, for the foregoing reasons, defendant Donaldson Company, Inc., with consent of the plaintiff, respectfully requests that this Motion for Extension of Time be granted.

**DEFENDANT
DONALDSON COMPANY, INC.**


By: ___/s/ Erika L. Amarante_____
      Edward Wood Dunham (ct05429)
      Erika L. Amarante (ct22393)
      WIGGIN AND DANA LLP
      One Century Tower
      P.O. Box 1832
      New Haven, CT 06508-1832
      (203) 498-4400
      (203) 782-2889 fax
      edunham@wiggin.com
      eamarante@wiggin.com

      *Its Attorneys*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 8, 2008, a copy of the foregoing Unopposed Motion for Extension of Time to Respond to the Complaint was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

　　　　　　　　　　　　　　　　　　　　　　　/s/ Erika L. Amarante
　　　　　　　　　　　　　　　　　　　　　　　Erika L. Amarante