IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| Francis Doll III, Perry Piper, John Foster, Ben Hammer, Dale Bentley, Dan Gordon, Charles Gregory, Wesley Frame, Jason Matthys and Karen Gorton, individually and on behalf of a Class of all those similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>Champion Laboratories, Inc.; United Components, Inc.; Purolator Filters N.A. L.L.C.; Bosch U.S.A.; Mann+Hummell U.S.A.; Arvinmeritor Inc.; Honeywell International; Wix Filtration Corp. LLC; Cummins Filtration Inc.; The Donaldson Company; and Baldwin Filters, Inc.,<br><br>　　　　　　　Defendants. | Case No.: 3:08-cv-00718 (WWE)<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>JULY 8, 2008 |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter the appearance of Ben A. Solnit as counsel in this case for defendants Champion Laboratories, Inc. ("Champion") and United Components, Inc. ("United Components").

This appearance is solely for purposes of filing preliminary motions and is not intended to waive and does not waive any defenses that Champion or United Components may have to the plaintiffs' complaint, including insufficiency of the service of process, improper venue and lack of personal jurisdiction.

Dated: July 8, 2008                                   Respectfully submitted,


                                                By:   /s/ Ben A. Solnit
                                                      Ben A. Solnit, ct 00292
                                                      Tyler Cooper & Alcorn, LLP
                                                      555 Long Wharf Drive, 8th Floor
                                                      New Haven, CT  06509
                                                      Telephone: (203) 784-8200
                                                      Fax:  (203) 777-1181
                                                      Email:  mcaldwell@tylercooper.com

                                                      Attorneys for Defendants
                                                      Champion Laboratories, Inc. and
                                                      United Components, Inc.

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 8, 2008, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all counsel who have appeared in this action by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing system.

                                                    /s/ Michael G. Caldwell
                                                    Michael G. Caldwell, ct 26561