IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| Francis Doll III, Perry Piper, John Foster, Ben Hammer, Dale Bentley, Dan Gordon, Charles Gregory, Wesley Frame, Jason Matthys and Karen Gorton, individually and on behalf of a Class of all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Champion Laboratories, Inc.; United Components, Inc.; Purolator Filters N.A. L.L.C.; Bosch U.S.A.; Mann+Hummell U.S.A.; Arvinmeritor Inc.; Honeywell International; Wix Filtration Corp. LLC; Cummins Filtration Inc.; The Donaldson Company; and Baldwin Filters, Inc.,<br><br>Defendants. | Case No.: 3:08-cv-00718 (WWE)<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>JULY 8, 2008 |

**UNITED COMPONENTS, INC.'S
RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and by order of this Court, defendant United Components, Inc., by and through its undersigned counsel, states that UCI Acquisition Holdings, Inc., a privately held corporation, owns 100% of United Components, Inc.'s stock. UCI Holdco, Inc., a privately held corporation, owns 100% of UCI Acquisition Holdings, Inc.'s stock. Carlyle Partners III, L.P., a limited partnership, holds the majority of UCI Holdco, Inc.'s stock. No publicly held corporation owns 10% or more of United Components, Inc.'s stock.

| | |
|---|---|
| Dated: July 8, 2008 | Respectfully submitted, |

<div style="margin-left: 50%;">

By: /s/ Michael G. Caldwell
Benjamin A. Solnit
Michael G. Caldwell (ct26561)
Tyler Cooper & Alcorn, LLP
555 Long Wharf Dr., 8th Floor
PO Box 1936
New Haven, CT 06509-0906
Telephone: 203-784-8205
Fax: 203-777-1181

*-Of Counsel-*

Margaret M. Zwisler
E. Marcellus Williamson
Marguerite M. Sullivan
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Washington, DC 20004-1304
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
Email: Margaret.Zwisler@lw.com

Attorneys for Defendants
Champion Laboratories, Inc. and
United Components, Inc.

</div>

## CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2008 a copy of the foregoing was filed electronically. Notice of this filing will be sent to the counsel who are currently registered to receive e-mail notices by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

/s/ Michael G. Caldwell
Michael G. Caldwell-CT26561