IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| Francis Doll III, Perry Piper, John Foster, Ben Hammer, Dale Bentley, Dan Gordon, Charles Gregory, Wesley Frame, Jason Matthys and Karen Gorton, individually and on behalf of a Class of all those similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>Champion Laboratories, Inc.; United Components, Inc.; Purolator Filters N.A. L.L.C.; Bosch U.S.A.; Mann+Hummell U.S.A.; Arvinmeritor Inc.; Honeywell International; Wix Filtration Corp. LLC; Cummins Filtration Inc.; The Donaldson Company; and Baldwin Filters, Inc.,<br><br>        Defendants. | Case No.: 3:08-cv-00718 (WWE)<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>JULY 8, 2008 |

### DEFENDANTS CHAMPION LABORATORIES, INC. AND UNITED COMPONENTS INC.'S CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT

Defendants Champion Laboratories, Inc. and United Components, Inc. (collectively, "Champion") hereby move the Court, with the agreement of the plaintiffs, pursuant to the Federal Rules of Civil Procedure and Local Rule 7(b)(1), for an order extending the time for Champion to respond to the complaint in this action for 30 days, up to and including August 14, 2008. This motion is not intended to waive any defenses that Champion may have, including, but not limited to, the defenses of insufficiency of service of process, improper venue, and lack of personal jurisdiction. The grounds for this motion are as follows:

        1. On May 9, 2008, the plaintiffs filed the complaint in this action, which alleges violations of Section 1 of the Sherman Act, 15 U.S.C. § 1, as well as violations of state laws. The plaintiffs styled the complaint as a putative class action. In consequence of

Champion's filing of waivers of service, the deadline by which Champion must respond to the complaint is currently July 15, 2008.

2. As of the date of this motion, various plaintiffs have filed at least thirty-nine similar complaints in federal district courts throughout the United States. All of these complaints also allege federal and/or state antitrust claims against Champion and other defendants and are styled as putative class actions.

3. Currently four separate motions are pending before the Judicial Panel on Multidistrict Litigation (the "JPML") to transfer and consolidate all existing and subsequently filed antitrust actions related to the claims alleged in the complaint for coordinated pretrial proceedings pursuant to 28 U.S.C. § 1407.

4. In light of the multiple complaints on file, the pending motions before the JPML, and the complex nature of the plaintiffs' allegations, Champion hereby moves, with the plaintiffs' consent, to extend the time for Champion to answer or otherwise respond to the complaint in this matter for 30 days, without prejudice to Champion's right to seek additional time to answer or otherwise respond to the complaint for good cause shown.

5. In accordance with Local Rule 7(b)(3), counsel for Champion conferred with counsel for the plaintiffs prior to filing this motion and was advised that the plaintiffs consent to the relief requested.

6. Champion has not previously requested an extension of time to answer or otherwise respond to the complaint.

Dated: July 8, 2008  Respectfully submitted,

By:   /s/ Michael G. Caldwell  

Ben A. Solnit-CT00292
Michael G. Caldwell-CT26561
TYLER COOPER & ALCORN, LLP
555 Long Wharf Drive, 8th Floor
New Haven, CT 06509
Telephone: (203) 784-8200
Facsimile (203) 777-1181
Email: bsolnit@tylercooper.com

*-Of Counsel-*

Margaret M. Zwisler
E. Marcellus Williamson
Marguerite M. Sullivan
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Washington, DC 20004-1304
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
Email: Margaret.Zwisler@lw.com

Attorneys for Defendants
Champion Laboratories, Inc. and
United Components, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2008 a copy of the foregoing was filed electronically. Notice of this filing will be sent to the counsel who are currently registered to receive e-mail notices by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

/s/ Michael G. Caldwell
Michael G. Caldwell-CT26561