## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| FRANCIS DOLL III, PERRY PIPER, JOHN FOSTER, BEN HAMMER, DALE BENTLEY, DAN GORDON, CHARLES GREGORY, WESLEY FRAME, JASON MATTHYS AND KAREN GORTON, individually and on behalf of a class of all those similarly situated, | |
| Plaintiff, | Case No. 3:08–cv–00718-WWE |
| v. | |
| CHAMPION LABORATORIES, INC.; UNITED COMPONENTS, INC., PUROLATOR FILTERS N.A. L.L.C.; BOSCH U.S.A., MANN + HUMMEL U.S.A., ARVINMERITOR INC., HONEYWELL INTERNATIONAL; WIX FILTRATION CORP. LLC; CUMMINS FILTRATION INC.; THE DONALDSON COMPANY; BALDWIN FILTERS, INC., | JULY 8, 2008 |
| Defendants. | |

## JOINT MOTION FOR ENTRY OF STIPULATION AND PROPOSED CONSENT ORDER FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT AND A STAY PENDING TRANSFER AND CONSOLIDATION

All parties hereby respectfully and jointly move this Court for entry of the attached Stipulation and Proposed Consent Order for Extension of Time for Defendants to Respond to Complaint and a Stay Pending Transfer and Consolidation. The parties agree to the following facts in support of this motion:

Plaintiffs allege antitrust violations by manufacturers, distributors, and sellers of oil, air, fuel and transmission filters ("Filters"), including but not limited to the defendants Champion

Laboratories, Inc., Purolator Filters N.A. L.L.C., Bosch U.S.A., Mann + Hummel U.S.A.,[1] ArvinMeritor, Inc., Honeywell International Inc., Wix Filtration Corp. LLC, Cummins Filtration Inc., Donaldson Company, Inc., Baldwin Filters, Inc. and United Components, Inc. (the "Defendants");

At least forty-one complaints have been filed to date in federal district courts throughout the United States by plaintiffs purporting to bring class actions on behalf of direct or indirect purchasers of Filters alleging antitrust violations by manufacturers, distributors, and sellers of oil, air, fuel and transmission filters (collectively, the "Filters Cases");

At least twenty Filters Cases have been filed in the District of Connecticut, eleven of which are pending before The Honorable Janet Bond Arterton;

On June 12, 2008, Judge Arterton held a conference in the consolidated case, *In re Filters Antitrust Litigation*, No. 3:08-cv-475 (JBA) (Lead Case), during which the court consented to the plaintiffs' request to have all of the Filters Cases pending in the District of Connecticut, including this case, transferred to, and consolidated before, Judge Arterton;

Plaintiffs have moved to transfer this case to Judge Arterton and Defendants do not oppose such transfer;

Four motions are pending before the Judicial Panel on Multidistrict Litigation ("Panel") to transfer the Filters Cases for coordinated and consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407 (the "MDL Motion");

The Panel will hear the MDL Motion on July 31, 2008;

---

[1]     Plaintiffs named "Bosch U.S.A." and "Mann + Hummel U.S.A." as defendants in this action.   Undersigned counsel are unaware of entities named "Bosch U.S.A." or "Mann + Hummel U.S.A." and represent Robert Bosch LLC and Mann + Hummel U.S.A., Inc., respectively, for purposes of this stipulation.

Plaintiffs anticipate the possibility of a Consolidated Complaint in the Filters Cases after an order on the MDL Motion is issued by the Panel and the Filters Cases are assigned to a transferee court; and

Plaintiffs and Defendants have agreed that an orderly schedule for any response to the complaint in Plaintiffs' Action and any pre-trial discovery would be more efficient for the Parties and for the Court.

WHEREFORE, the parties to this action jointly move this Court to grant this Joint Motion for Entry of Stipulation and Proposed Consent Order for Extension of Time for Defendants to Respond to Complaint and a Stay Pending Transfer and Consolidation.

Dated: July 8, 2008

Respectfully submitted,

s/ Michael G. Caldwell
Benjamin A. Solnit
Michael G. Caldwell (ct26561)
TYLER, COOPER & ALCORN, LLP
555 Long Wharf Dr., 8th Floor
PO Box 1936
New Haven, CT 06509-0906
Telephone: 203-784-8205
Fax: 203-777-1181

Margaret M. Zwisler
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington DC 20004-1304
Telephone: 202-637-1092
Fax: 202-637-2201

*Counsel for Defendants Champion Labs.,*
*Inc. and United Components Inc.*

/s/ Patrick A. Klingman
Patrick A. Klingman
SHEPHERD FINKELMAN
MILLER & SHAH, LLP
65 Main Street
Chester, CT 06412-1311
Telephone: (860) 526-1100
Fax: (860) 526-1120

Vincent J. Esades
Renae D. Steiner
Katherine T. Kelly
HEINS MILLS & OLSON, PLC
310 Clifton Avenue
Minneapolis, MN 55403
Telephone: (612) 338-4605
Fax: (612) 338-4692

Christian Sande
CHRISTOPHER SANDE LLC
2751 Hennepin Avenue South, No. 232
Minneapolis, MN 55408
Telephone: (612) 387-1430
Fax: (612) 677-3078

/s/ William M. O'Connor
William M. O'Connor  (ct02731)
CROWELL & MORING LLP
153 E. 53rd St., 31st Fl.
New York, NY 10022
Telephone: 212-895-4200
Fax: 212-895-4201

Daniel Sasse
Jerome A. Murphy
John L. Cuddihy
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: 202-624-2500
Fax: 202-628-5116
*Counsel for Purolator Filters N.A. L.L.C.
and Robert Bosch LLC*

/s/ David S. Hardy
David S. Hardy  (ct20904)
CARMODY & TORRANCE
195 Church St. 18th floor
PO Box 1950
New Haven, CT 06509-1950
Telephone: 203-784-3119
Fax: 203-784-3199

James K. Robertson, Jr.
CARMODY & TORRANCE
50 Leavenworth Street, Po Box 1110
Waterbury, CT 06721-1110
Telephone: 203-575-2636

Richard G. Parker
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC  20006-4001
Telephone:  202-383-5300

Timothy J. Peters
PETERS LAW FIRM
2116 Second Avenue South
Minneapolis, MN 55404
Telephone: (612) 746-1475
Fax: (612) 874-9793

*Counsel for Plaintiff*

Edward Hassi
Gerald A. Stein
O'MELVENY & MYERS LLP
7 Times Square
New York, NY 10036
Telephone: 212-326-2000

*Counsel for Honeywell International Inc.*

/s/ David L. Belt
David L. Belt (ct04274)
Trisha M. Morris
JACOBS, GRUDBERG, BELT, DOW &
KATZ, P.C.
350 Orange Street, P.O. Box 606
New Haven, CT 06503-0606
Telephone: 203-772-3100
Fax: 203-772-1691

John DeQ. Briggs
HOWREY LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: 202-783-0800
Fax: 202-318-8574

*Counsel for Wix Filtration Products*

/s/ Kenneth W. Ritt
Kenneth W. Ritt (ct05982)
Thomas D. Goldberg
DAY PITNEY LLP
One Canterbury Green
Stamford, CT 06901-2047
Telephone: 203-977-7300

Michael A. Paskin
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
Telephone: 212-474-1000
Fax: 212-474-3700

*Counsel for Cummins Filtration Inc.*

/s/ Edward Wood Dunham
Edward Wood Dunham (ct05429)
Erika L. Amarante
WIGGIN & DANA
265 Church Street P.O. Box 1832
New Haven, CT 06508-1832
Telephone: 203-498-4400
Fax: 203-782-2889

James T. McKeown
FOLEY & LARDNER LLP
777 East Wisconsin Avenue
Milwaukee, Wisconsin 53202
Telephone: 414-297-5530
Fax: 414-297-4900

*Counsel for Donaldson Company, Inc.*

/s/ Francis H. Morrison, III
Francis H. Morrison, III  (ct04200)
Maria Eleni Kokiasmenos
Michelle H. Seagull
AXINN, VELTROP & HARKRIDER
90 State House Square
Hartford, CT 06103-3702
Telephone: 860-275-8100
Fax: 860-275-8101

Darrell Prescott
BAKER & MCKENZIE LLP
1114 Avenue of the Americas
New York, New York 10036
Telephone: 212-626-4100
Fax: 212-310-1600

*Counsel for Baldwin Filters Inc.*

/s/ David A. Ball
David A. Ball (ct10154)
Stewart I. Edelstein
COHEN & WOLF, P.C.
1115 Broad St., Po Box 1821
Bridgeport, CT 06604
Telephone: 203-368-0211

Alan Kanzer
ALSTON & BIRD LLP
90 Park Avenue
New York, New York 10016
Telephone: 212-210-9400
Fax: 212-210-9444

*Counsel for Mann + Hummel U.S.A., Inc.*

/s/ Joseph D. Jean
Joseph D. Jean (ct18707)
DICKSTEIN SHAPIRO, LLP
1177 Avenue of the Americas
New York, NY 20036
Telephone: 212-277-6753
Fax: 917-432-7517

Peter J. Kadzik
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, DC 20006
Tel: 202-420-2200
Fax: 202-420-2201

*Counsel for ArvinMeritor Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 8, 2008, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all counsel who have appeared in this action by operation of the Court's electronic filing system.  Parties may access this filing through the Court's electronic filing system.

<u>/s/ Michael G. Caldwell</u>
Michael G. Caldwell, ct 26561

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

FRANCIS DOLL III, PERRY PIPER,
JOHN FOSTER, BEN HAMMER, DALE
BENTLEY, DAN GORDON, CHARLES
GREGORY, WESLEY FRAME, JASON
MATTHYS AND KAREN GORTON,
individually and on behalf of a class of all
those similarly situated,

                Plaintiff,

    v.

CHAMPION LABORATORIES, INC.;
UNITED COMPONENTS, INC.,
PUROLATOR FILTERS N.A. L.L.C.;
BOSCH U.S.A.,
MANN + HUMMEL U.S.A.,
ARVINMERITOR INC.,
HONEYWELL INTERNATIONAL;
WIX FILTRATION CORP. LLC;
CUMMINS FILTRATION INC.;
THE DONALDSON COMPANY;
BALDWIN FILTERS, INC.,

                Defendants.

Case No. 3:08–cv–00718-WWE

JULY 8, 2008

## STIPULATION AND PROPOSED CONSENT ORDER FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT AND A STAY PENDING TRANSFER AND CONSOLIDATION

WHEREAS plaintiffs Francis Doll III, Perry Piper, John Foster, Ben Hammer, Dale

Bentley, Dan Gordon, Charles Gregory, Wesley Frame, Jason Matthys and Karen Gorton (the

"Plaintiffs") have filed the above-captioned case ("Plaintiffs' Action");

WHEREAS Plaintiffs allege antitrust violations by manufacturers, distributors, and

sellers of oil, air, fuel and transmission filters ("Filters"), including but not limited to the

defendants Champion Laboratories, Inc., Purolator Filters N.A. L.L.C., Bosch U.S.A., Mann +

Hummel U.S.A.,[1] ArvinMeritor, Inc., Honeywell International Inc., Wix Filtration Corp. LLC, Cummins Filtration Inc., Donaldson Company, Inc., Baldwin Filters, Inc. and United Components, Inc. (the "Defendants");

WHEREAS at least forty-one complaints have been filed to date in federal district courts throughout the United States by plaintiffs purporting to bring class actions on behalf of direct or indirect purchasers of Filters alleging antitrust violations by manufacturers, distributors, and sellers of oil, air, fuel and transmission filters (collectively, the "Filters Cases");

WHEREAS at least twenty Filters Cases have been filed in the District of Connecticut, eleven of which are pending before The Honorable Janet Bond Arterton;

WHEREAS on June 12, 2008, Judge Arterton held a conference in the consolidated case, *In re Filters Antitrust Litigation*, No. 3:08-cv-475 (JBA) (Lead Case), during which the court consented to the plaintiffs' request to have all of the Filters Cases pending in the District of Connecticut, including this case, transferred to, and consolidated before, Judge Arterton;

WHEREAS Plaintiffs have moved to transfer this case to Judge Arterton and Defendants do not oppose such transfer;

WHEREAS four motions are pending before the Judicial Panel on Multidistrict Litigation ("Panel") to transfer the Filters Cases for coordinated and consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407 (the "MDL Motion");

The Panel will hear the MDL Motion on July 31, 2008;

---

[1] Plaintiffs named "Bosch U.S.A." and "Mann + Hummel U.S.A." as defendants in this action. Undersigned counsel are unaware of entities named "Bosch U.S.A." or "Mann + Hummel U.S.A." and represent Robert Bosch LLC and Mann + Hummel U.S.A., Inc., respectively, for purposes of this stipulation.

WHEREAS Plaintiffs anticipate the possibility of a Consolidated Complaint in the Filters Cases after an order on the MDL Motion is issued by the Panel and the Filters Cases are assigned to a transferee court (the "MDL Order");

WHEREAS Plaintiffs and Defendants (the "Parties") have agreed that an orderly schedule for any response to the complaint in Plaintiff's Action and any pre-trial discovery would be more efficient for the Parties and for the Court; and

WHEREAS Plaintiffs agree that the deadline for the Defendants to answer, move, or otherwise respond to the complaint in the Plaintiffs' Action shall be extended until the earliest of the following dates: (1) thirty days after the filing of a Consolidated Complaint in the Filters Cases ("Response Date"); or (2) thirty days after Plaintiffs provide written notice to Defendants that Plaintiffs do not intend to file a Consolidated Complaint, *provided*, *however*, that in the event that any undersigned Defendant should answer, agree or be ordered to answer, move or otherwise respond to the complaint in any of the Filters Cases prior to the Response Date, then that Defendant shall respond to the complaint in the Plaintiffs' Action by that earlier date;

WHEREAS the Parties agree, to the extent permitted by the Court, that their obligations pursuant to Local Rule 26, Federal Rules of Civil Procedure 16 and 26 and the Order on Pretrial Deadlines entered in this case shall be stayed until (1) this action is transferred to Judge Arterton and consolidated with the other Connecticut Filters Actions, in which case it will proceed on the schedule set by that Court; or (2) thirty days after this Court denies Plaintiffs' motion to transfer the case to Judge Arterton; and

THE PARTIES, BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE AS FOLLOWS:

1.      The time for Defendants to answer, move, or otherwise respond to the complaint in Plaintiffs' Action shall be extended until the earliest of the following dates: (1) the Response

Date; or (2) thirty days after Plaintiffs provide written notice to Defendants that Plaintiffs do not intend to file a Consolidated Complaint, *provided*, *however*, that in the event that any undersigned Defendant should answer, agree or be ordered to answer, move or otherwise respond to the complaint in any Filters Case prior to the Response Date, then that Defendant shall respond to the complaint in the Plaintiffs' Action by that earlier date.

2.    The Parties' obligations pursuant to Local Rule 26(f), Federal Rules of Civil Procedure 16 and 26 and the Order on Pretrial Deadlines entered in this case shall be stayed until (1) this action is transferred to Judge Arterton and consolidated with the other Connecticut Filters Actions, in which case it will proceed on the schedule set by that Court; or (2) thirty days after this Court denies Plaintiff's motion to transfer the case to Judge Arterton.

IT IS SO STIPULATED.

Dated: July 8, 2008

Respectfully submitted,

s/ Michael G. Caldwell
Benjamin A. Solnit
Michael G. Caldwell (ct26561)
TYLER, COOPER & ALCORN, LLP
555 Long Wharf Dr., 8th Floor
PO Box 1936
New Haven, CT 06509-0906
Telephone: 203-784-8205
Fax: 203-777-1181

Margaret M. Zwisler
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington DC 20004-1304
Telephone: 202-637-1092
Fax: 202-637-2201

*Counsel for Defendants Champion Labs.,
Inc. and United Components Inc.*

/s/ Patrick A. Klingman
Patrick A. Klingman
SHEPHERD FINKELMAN
MILLER & SHAH, LLP
65 Main Street
Chester, CT 06412-1311
Telephone: (860) 526-1100
Fax: (860) 526-1120

Vincent J. Esades
Renae D. Steiner
Katherine T. Kelly
HEINS MILLS & OLSON, PLC
310 Clifton Avenue
Minneapolis, MN 55403
Telephone: (612) 338-4605
Fax: (612) 338-4692

/s/ William M. O'Connor

William M. O'Connor  (ct02731)
CROWELL & MORING LLP
153 E. 53rd St., 31st Fl.
New York, NY 10022
Telephone: 212-895-4200
Fax: 212-895-4201

Daniel Sasse
Jerome A. Murphy
John L. Cuddihy
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: 202-624-2500
Fax: 202-628-5116
*Counsel for Purolator Filters N.A. L.L.C.*
*and Robert Bosch LLC*

/s/ David S. Hardy

David S. Hardy  (ct20904)
CARMODY & TORRANCE
195 Church St. 18th floor
PO Box 1950
New Haven, CT 06509-1950
Telephone: 203-784-3119
Fax: 203-784-3199

James K. Robertson, Jr.
CARMODY & TORRANCE
50 Leavenworth Street, Po Box 1110
Waterbury, CT 06721-1110
Telephone: 203-575-2636

Richard G. Parker
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC  20006-4001
Telephone:  202-383-5300

Edward Hassi
Gerald A. Stein
O'MELVENY & MYERS LLP
7 Times Square
New York, NY  10036
Telephone:  212-326-2000
*Counsel for Honeywell International Inc.*

Christian Sande
CHRISTOPHER SANDE LLC
2751 Hennepin Avenue South, No. 232
Minneapolis, MN 55408
Telephone: (612) 387-1430
Fax: (612) 677-3078

Timothy J. Peters
PETERS LAW FIRM
2116 Second Avenue South
Minneapolis, MN 55404
Telephone: (612) 746-1475
Fax: (612) 874-9793
*Counsel for Plaintiff*

/s/ David L. Belt
David L. Belt (ct04274)
Trisha M. Morris
JACOBS, GRUDBERG, BELT, DOW &
KATZ, P.C.
350 Orange Street, P.O. Box 606
New Haven, CT 06503-0606
Telephone: 203-772-3100
Fax: 203-772-1691

John DeQ. Briggs
HOWREY LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: 202-783-0800
Fax: 202-318-8574

*Counsel for Wix Filtration Corp LLC*

/s/ Kenneth W. Ritt
Kenneth W. Ritt (ct05982)
Thomas D. Goldberg
DAY PITNEY LLP
One Canterbury Green
Stamford, CT 06901-2047
Telephone: 203-977-7300

Michael A. Paskin
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
Telephone: 212-474-1000
Fax: 212-474-3700

*Counsel for Cummins Filtration Inc.*

/s/ Edward Wood Dunham
Edward Wood Dunham (ct05429)
Erika L. Amarante
WIGGIN & DANA
265 Church Street P.O. Box 1832
New Haven, CT 06508-1832
Telephone: 203-498-4400
Fax: 203-782-2889

James T. McKeown
FOLEY & LARDNER LLP
777 East Wisconsin Avenue
Milwaukee, Wisconsin 53202
Telephone: 414-297-5530
Fax: 414-297-4900

*Counsel for Donaldson Company, Inc.*

/s/ Francis H. Morrison, III
Francis H. Morrison, III  (ct04200)
Maria Eleni Kokiasmenos
Michelle H. Seagull
AXINN, VELTROP & HARKRIDER
90 State House Square
Hartford, CT 06103-3702
Telephone: 860-275-8100
Fax: 860-275-8101

Darrell Prescott
BAKER & MCKENZIE LLP
1114 Avenue of the Americas
New York, New York 10036
Telephone: 212-626-4100
Fax: 212-310-1600

*Counsel for Baldwin Filters Inc.*

/s/ David A. Ball
David A. Ball (ct10154)
Stewart I. Edelstein
COHEN & WOLF, P.C.
1115 Broad St., Po Box 1821
Bridgeport, CT 06604
Telephone: 203-368-0211

Alan Kanzer
ALSTON & BIRD LLP
90 Park Avenue
New York, New York 10016
Telephone: 212-210-9400
Fax: 212-210-9444

*Counsel for Mann + Hummel U.S.A., Inc.*

/s/ Joseph D. Jean
Joseph D. Jean (ct18707)
DICKSTEIN SHAPIRO, LLP
1177 Avenue of the Americas
New York, NY 20036
Telephone: 212-277-6753
Fax: 917-432-7517

Peter J. Kadzik
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, DC 20006
Tel: 202-420-2200
Fax: 202-420-2201

*Counsel for ArvinMeritor Inc.*

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

FRANCIS DOLL III, PERRY PIPER,
JOHN FOSTER, BEN HAMMER, DALE
BENTLEY, DAN GORDON, CHARLES
GREGORY, WESLEY FRAME, JASON
MATTHYS AND KAREN GORTON,
individually and on behalf of a class of all
those similarly situated,

                Plaintiff,

    v.

CHAMPION LABORATORIES, INC.;
UNITED COMPONENTS, INC.,
PUROLATOR FILTERS N.A. L.L.C.;
BOSCH U.S.A.,
MANN + HUMMEL U.S.A.,
ARVINMERITOR INC.,
HONEYWELL INTERNATIONAL;
WIX FILTRATION CORP. LLC;
CUMMINS FILTRATION INC.;
THE DONALDSON COMPANY;
BALDWIN FILTERS, INC.,

                Defendants.

Case No. 3:08–cv–00718-WWE

PURSUANT TO THE STIPULATION, IT IS HEREBY ORDERED:

1.      The time for Defendants to answer, move, or otherwise respond to the complaint in Plaintiffs' Action shall be extended until the earliest of the following dates: (1) the Response Date; or (2) thirty days after Plaintiffs provide written notice to Defendants that Plaintiffs do not intend to file a Consolidated Complaint, *provided, however*, that in the event that any undersigned Defendant should answer, agree or be ordered to answer, move or otherwise respond to the complaint in any Filters Case prior to the Response Date, then that Defendant shall respond to the complaint in the Plaintiffs' Action by that earlier date.

2.      The Parties' obligations pursuant to Local Rule 26(f), Federal Rules of Civil Procedure 16 and 26 and the Order on Pretrial Deadlines entered in this case shall be stayed until

(1) this action is transferred to Judge Arterton and consolidated with the other Connecticut Filters Actions, in which case it will proceed on the schedule set by that Court; or (2) thirty days after this Court denies Plaintiffs' motion to transfer the case to Judge Arterton.

IT IS FURTHER ORDERED THAT:

To conserve party and judicial resources and in light of the proceedings currently pending before the Judicial Panel on Multidistrict Litigation to consolidate and transfer all pending Filters Cases to one Court, the extension and stay are available in all related actions assigned to the undersigned to any defendant that provides written notice to all plaintiffs of its intention to join the extension and stay, without further stipulation with counsel for plaintiffs in the related actions.

Dated:   July__, 2008

_____
WARREN W. EGINTON
United States District Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 8, 2008, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all counsel who have appeared in this action by operation of the Court's electronic filing system.  Parties may access this filing through the Court's electronic filing system**.**

/s/ Michael G. Caldwell                             
Michael G. Caldwell, ct 26561