**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

**Francis Doll, et al**

                                                      3:08CV718(WWE)

**Champion Laboratories, Inc.**
 **Et al**

**TRANSFER ORDER**

The above-identified case is hereby transferred to the docket of  Judge Janet B. Arterton , for all purposes.

All future pleadings or documents in this matter should be filed with the Clerk's Office in  New Haven and bear the docket number 3:08cv718(JBA). Pleadings or documents filed at any other seat of court will be refused at the Clerk's Office and returned to you unfiled.  [See Local Rule 3(a) (formerly Local Rule 7(a))].

IT IS SO ORDERED.

Dated at Bridgeport, Connecticut,this 28th day of July, 2008.

                                    /s/  _____
                                            WARREN W. EGINTON
                                            Senior United States District Judge