# U.S. District Court
# United States District Court for the District of Connecticut (New Haven)
# CIVIL DOCKET FOR CASE #: 3:08−cv−00718−JBA

| | |
|---|---|
| Doll et al v. Champion Laboratories, Inc. et al | Date Filed: 05/09/2008 |
| Assigned to: Judge Janet Bond Arterton | Date Terminated: 08/07/2008 |
| Lead case: 3:08−cv−00475−JBA | Jury Demand: Plaintiff |
| Member cases: | Nature of Suit: 410 Anti−Trust |
|   3:08−cv−00528−JBA | Jurisdiction: Federal Question |
|   3:08−cv−00534−JBA | |
|   3:08−cv−00637−JBA | |
|   3:08−cv−00660−JBA | |
|   3:08−cv−00600−JBA | |
|   3:08−cv−00711−JBA | |
|   3:08−cv−00722−JBA | |
|   3:08−cv−00729−JBA | |
|   3:08−cv−00797−JBA | |
|   3:08−cv−00901−JBA | |
|   3:08−cv−00911−JBA | |
|   3:08−cv−01120−JBA | |
|   3:08−cv−00718−JBA | |
|   3:08−cv−00770−JBA | |
|   3:08−cv−00912−JBA | |
|   3:08−cv−00988−JBA | |

Cause: 15:1 Antitrust Litigation

**Plaintiff**

| | | |
|---|---|---|
| **Francis Doll, III**<br>*Ind &o/b/o a class of all those similarly situated* | represented by | **Patrick A. Klingman**<br>Shepard, Finkelman, Miller &Shah, LLP<br>65 Main Street<br>Chester, CT 06412<br>860−526−1100<br>Fax: 860−526−1120<br>Email: pklingman@sfmslaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Piper Perry**<br>*Ind &o/b/o a class of all those similarly situated* | represented by | **Patrick A. Klingman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **John Foster**<br>*Ind &o/b/o a class of all those similarly situated* | represented by | **Patrick A. Klingman**<br>(See above for address)<br>*LEAD ATTORNEY* |

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ben Hammer**  
*Ind &o/b/o a class of all those similarly situated*

represented by **Patrick A. Klingman**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dale Bentley**  
*Ind &o/b/o a class of all those similarly situated*

represented by **Patrick A. Klingman**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dan Gordon**  
*Ind &o/b/o a class of all those similarly situated*

represented by **Patrick A. Klingman**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Charles Gregory**  
*Ind &o/b/o a class of all those similarly situated*

represented by **Patrick A. Klingman**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Wesley Frame**  
*Ind &o/b/o a class of all those similarly situated*

represented by **Patrick A. Klingman**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jason Matthys**  
*Ind &o/b/o a class of all those similarly situated*

represented by **Patrick A. Klingman**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Karen Gorton**  
*Ind &o/b/o a class of all those similarly situated*

represented by **Patrick A. Klingman**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Champion Laboratories, Inc.**

represented by **Benjamin A. Solnit**  
Tyler, Cooper &Alcorn , LLP– NH

555 Long Wharf Dr., 8th Floor
PO Box 1936
New Haven, CT 06509–0906
203–784–8205
Fax: 203–777–1181
Email: solnit@tylercooper.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael G. Caldwell**
Tyler, Cooper &Alcorn , LLP– NH
555 Long Wharf Dr., 8th Floor
PO Box 1936
New Haven, CT 06509–0906
203–784–8324
Fax: 203–777–1181
Email: mcaldwell@tylercooper.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**United Components Inc**   represented by   **Benjamin A. Solnit**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael G. Caldwell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Purolator Filters NA LLC**

**Defendant**

**Bosch USA**

**Defendant**

**Mann+Hummell USA**   represented by   **David A. Ball**
Cohen &Wolf, P.C.
1115 Broad St., Po Box 1821
Bridgeport, CT 06604
203–368–0211
Email: dball@cohenandwolf.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stewart I. Edelstein**
Cohen &Wolf, P.C.
1115 Broad St., Po Box 1821
Bridgeport, CT 06604
203–368–0211

Email: sedelstein@cohenandwolf.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Arvinmeritor Inc**

**Defendant**

**Honeywell Intl**

**Defendant**

**Wix Filtration Corp LLC**

**Defendant**

Cummins Filtration Inc represented by **Kenneth W. Ritt**
Day Pitney LLP−Stmfd−CT
One Canterbury Green
Stamford, CT 06901−2047
203−977−7300
Email: kwritt@daypitney.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas D. Goldberg**
Day Pitney LLP−Stmfd−CT
One Canterbury Green
Stamford, CT 06901−2047
203−977−7383
Fax: 203−977−7301
Email: tdgoldberg@daypitney.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

Donaldson Co represented by **Edward Wood Dunham**
Wiggin &Dana
265 Church Street P.O. Box 1832
New Haven, CT 06508−1832
203−498−4400
Fax: 203−782−2889
Email: edunham@wiggin.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erika L. Amarante**
Wiggin &Dana
265 Church Street P.O. Box 1832
New Haven, CT 06508−1832
203−498−4493
Email: eamarante@wiggin.com
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Defendant**

**Baldwin Filters Inc**

| Date Filed | # | Docket Text |
|---|---|---|
| 05/09/2008 | Ï 1 | COMPLAINT against all defendants ( Filing fee $ 350 receipt number H025521), filed by Dan Gordon, Charles Gregory, Wesley Frame, Jason Matthys, Karen Gorton, Francis Doll, III, Piper Perry, John Foster, Ben Hammer, Dale Bentley.(Bauer, J.) (Entered: 05/13/2008) |
| 05/09/2008 | Ï 2 | Order on Pretrial Deadlines: Motions to Dismiss due on 8/9/2008. Amended Pleadings due by 7/8/2008 Discovery due by 11/8/2008 Dispositive Motions due by 12/8/2008. Signed by Clerk on 5/9/08. (Bauer, J.) (Entered: 05/13/2008) |
| 05/09/2008 | Ï 3 | ELECTRONIC FILING ORDER – PLEASE ENSURE COMPLIANCE WITH COURTESY COPY REQUIREMENTS IN THIS ORDER. Signed by Judge Warren W. Eginton on 5/9/08. (Bauer, J.) (Entered: 05/13/2008) |
| 05/12/2008 | Ï | Summons Issued as to Champion Laboratories, Inc., United Components Inc, Purolator Filters NA LLC, Bosch USA, Mann+Hummell USA, Arvinmeritor Inc, Honeywell Intl, Wix Filtration Corp LLC, Cummins Filtration Inc, Donaldson Co, Baldwin Filters Inc. (Bauer, J.) (Entered: 05/13/2008) |
| 05/20/2008 | Ï 4 | MOTION to Transfer/Disqualify/Recuse Judge *Action to the Docket of The Honorable Janet Bond Arterton* by Dan Gordon, Charles Gregory, Wesley Frame, Jason Matthys, Karen Gorton, Francis Doll, III, Piper Perry, John Foster, Ben Hammer, Dale Bentley. (Attachments: # 1 Memorandum in Support)(Klingman, Patrick) (Entered: 05/20/2008) |
| 06/09/2008 | Ï 5 | WAIVER OF SERVICE Returned Executed as to Honeywell Intl waiver sent on 5/16/2008, answer due 7/15/2008. filed by Dan Gordon; Charles Gregory; Wesley Frame; Jason Matthys; Karen Gorton; Francis Doll, III; Piper Perry; John Foster; Ben Hammer; Dale Bentley. (Klingman, Patrick) (Entered: 06/09/2008) |
| 06/09/2008 | Ï 6 | WAIVER OF SERVICE Returned Executed as to Donaldson Co waiver sent on 5/16/2008, answer due 7/15/2008. filed by Dan Gordon; Charles Gregory; Wesley Frame; Jason Matthys; Karen Gorton; Francis Doll, III; Piper Perry; John Foster; Ben Hammer; Dale Bentley. (Klingman, Patrick) (Entered: 06/09/2008) |
| 06/13/2008 | Ï 7 | WAIVER OF SERVICE Returned Executed as to Cummins Filtration Inc waiver sent on 5/16/2008, answer due 7/15/2008. filed by Dan Gordon; Charles Gregory; Wesley Frame; Jason Matthys; Karen Gorton; Francis Doll, III; Piper Perry; John Foster; Ben Hammer; Dale Bentley. (Klingman, Patrick) (Entered: 06/13/2008) |
| 06/13/2008 | Ï 8 | WAIVER OF SERVICE Returned Executed as to Champion Laboratories, Inc. waiver sent on 5/16/2008, answer due 7/15/2008. filed by Dan Gordon; Charles Gregory; Wesley Frame; Jason Matthys; Karen Gorton; Francis Doll, III; Piper Perry; John Foster; Ben Hammer; Dale Bentley. (Klingman, Patrick) (Entered: 06/13/2008) |

| | | |
|---|---|---|
| 06/13/2008 | Ï 9 | WAIVER OF SERVICE Returned Executed as to United Components Inc waiver sent on 5/16/2008, answer due 7/15/2008. filed by Dan Gordon; Charles Gregory; Wesley Frame; Jason Matthys; Karen Gorton; Francis Doll, III; Piper Perry; John Foster; Ben Hammer; Dale Bentley. (Klingman, Patrick) (Entered: 06/13/2008) |
| 06/20/2008 | Ï 10 | WAIVER OF SERVICE Returned Executed as to Arvinmeritor Inc waiver sent on 5/16/2008, answer due 7/15/2008. filed by Dan Gordon; Charles Gregory; Wesley Frame; Jason Matthys; Karen Gorton; Francis Doll, III; Piper Perry; John Foster; Ben Hammer; Dale Bentley. (Klingman, Patrick) (Entered: 06/20/2008) |
| 06/24/2008 | Ï 11 | NOTICE of Appearance by David A. Ball on behalf of Mann+Hummell USA (Ball, David) (Entered: 06/24/2008) |
| 06/24/2008 | Ï 12 | Corporate Disclosure Statement by Mann+Hummell USA identifying Corporate Parent Mann + Hummel, Inc., Corporate Parent Mann + Hummel GmbH for. (Ball, David) (Entered: 06/24/2008) |
| 06/24/2008 | Ï 13 | NOTICE of Appearance by Stewart I. Edelstein on behalf of Mann+Hummell USA (Edelstein, Stewart) (Entered: 06/24/2008) |
| 06/25/2008 | Ï 14 | NOTICE of Appearance by Thomas D. Goldberg on behalf of Cummins Filtration Inc (Goldberg, Thomas) (Entered: 06/25/2008) |
| 06/25/2008 | Ï 15 | NOTICE of Appearance by Kenneth W. Ritt on behalf of Cummins Filtration Inc (Ritt, Kenneth) (Entered: 06/25/2008) |
| 06/25/2008 | Ï 16 | Corporate Disclosure Statement by Cummins Filtration Inc identifying Corporate Parent Cummins Inc. for Cummins Filtration Inc. (Ritt, Kenneth) (Entered: 06/25/2008) |
| 07/01/2008 | Ï 17 | WAIVER OF SERVICE Returned Executed as to Wix Filtration Corp LLC waiver sent on 5/16/2008, answer due 7/15/2008. filed by Dan Gordon; Charles Gregory; Wesley Frame; Jason Matthys; Karen Gorton; Francis Doll, III; Piper Perry; John Foster; Ben Hammer; Dale Bentley. (Klingman, Patrick) (Entered: 07/01/2008) |
| 07/08/2008 | Ï 18 | WAIVER OF SERVICE Returned Executed as to Baldwin Filters Inc waiver sent on 6/5/2008, answer due 8/4/2008. filed by Dan Gordon; Charles Gregory; Wesley Frame; Jason Matthys; Karen Gorton; Francis Doll, III; Piper Perry; John Foster; Ben Hammer; Dale Bentley. (Klingman, Patrick) (Entered: 07/08/2008) |
| 07/08/2008 | Ï 19 | NOTICE of Appearance by Edward Wood Dunham on behalf of Donaldson Co (Dunham, Edward) (Entered: 07/08/2008) |
| 07/08/2008 | Ï 20 | NOTICE of Appearance by Erika L. Amarante on behalf of Donaldson Co (Amarante, Erika) (Entered: 07/08/2008) |
| 07/08/2008 | Ï 21 | Corporate Disclosure Statement by Donaldson Co. (Amarante, Erika) (Entered: 07/08/2008) |
| 07/08/2008 | Ï 22 | Consent MOTION for Extension of Time until August 14, 2008 to Respond to the Complaint by Donaldson Co. (Amarante, Erika) (Entered: 07/08/2008) |
| 07/08/2008 | Ï 23 | NOTICE of Appearance by Michael G. Caldwell on behalf of Champion Laboratories, Inc., United Components Inc (Caldwell, Michael) (Entered: |

| | | |
|---|---|---|
| | | 07/08/2008) |
| 07/08/2008 | Ï 24 | NOTICE of Appearance by Benjamin A. Solnit on behalf of Champion Laboratories, Inc., United Components Inc (Solnit, Benjamin) (Entered: 07/08/2008) |
| 07/08/2008 | Ï 25 | Corporate Disclosure Statement by United Components Inc identifying Corporate Parent UCI Acquisition Holdings, Inc., Corporate Parent UCI Holdco, Inc. for United Components Inc. (Caldwell, Michael) (Entered: 07/08/2008) |
| 07/08/2008 | Ï 26 | Corporate Disclosure Statement by Champion Laboratories, Inc. identifying Corporate Parent UCI Acquisition Holdings, Inc., Corporate Parent UCI Holdco, Inc., Corporate Parent United Components, Inc. for Champion Laboratories, Inc.. (Caldwell, Michael) (Entered: 07/08/2008) |
| 07/08/2008 | Ï 27 | Consent MOTION for Extension of Time until 08/14/2008 to Respond to Complaint by Champion Laboratories, Inc., United Components Inc. (Caldwell, Michael) (Entered: 07/08/2008) |
| 07/08/2008 | Ï 28 | Joint MOTION for Extension of Time *for Defendants to Respond to Complaint*, Joint MOTION to Stay *Pending Transfer and Consolidation Order* (Responses due by 7/29/2008, ) by Dan Gordon, Charles Gregory, Wesley Frame, Jason Matthys, Karen Gorton, Francis Doll, III, Champion Laboratories, Inc., United Components Inc, Purolator Filters NA LLC, Bosch USA, Mann+Hummell USA, Arvinmeritor Inc, Honeywell Intl, Wix Filtration Corp LLC, Cummins Filtration Inc, Donaldson Co, Baldwin Filters Inc, Piper Perry, John Foster, Ben Hammer, Dale Bentley. (Attachments: # 1 Text of Proposed Order Stipulation and Proposed Consent Order)(Caldwell, Michael) (Entered: 07/08/2008) |
| 07/09/2008 | Ï 29 | ORDER granting 27 Motion for Extension of Time ; granting 28 Motion for Extension of Time ; granting 22 Motion for Extension of Time. Signed by Judge Warren W. Eginton on 7/9/08. (Welles, T.) (Entered: 07/09/2008) |
| 07/09/2008 | Ï 30 | ORDER granting 28 Motion to Stay. Signed by Judge Warren W. Eginton on 7/9/2008. (Welles, T.) (Entered: 07/09/2008) |
| 07/28/2008 | Ï 31 | ORDER OF TRANSFER. Case reassigned to Judge Janet Bond Arterton for all further proceedings. Signed by Judge Warren W. Eginton on 7/28/08. (Simpson, T.) (Entered: 07/28/2008) |
| 07/28/2008 | Ï 32 | ELECTRONIC Order on Pretrial Deadlines: This case was transferred to Judge Janet Bond Arterton, all deadlines remain in effect until further order of the Court. THIS IS THE ONLY NOTICE THE COURT WILL ISSUE.. Signed by Judge Janet Bond Arterton on 7/28/08. (Torday, B.) (Entered: 07/29/2008) |
| 07/28/2008 | Ï 33 | ELECTRONIC FILING ORDER – PLEASE ENSURE COMPLIANCE WITH COURTESY COPY REQUIREMENTS IN THIS ORDER. Signed by Judge Janet Bond Arterton on 7/28/08. (Torday, B.) (Entered: 07/29/2008) |
| 08/01/2008 | Ï 34 | WAIVER OF SERVICE Returned Executed as to Mann+Hummell USA waiver sent on 5/16/2008, answer due 7/15/2008. filed by Dan Gordon; Charles Gregory; Wesley Frame; Jason Matthys; Karen Gorton; Francis Doll, III; Piper Perry; John Foster; Ben Hammer; Dale Bentley. (Klingman, Patrick) (Entered: 08/01/2008) |

| | | |
|---|---|---|
| 08/07/2008 | Ï 35 | ORDER Of Consolidation. Signed by Judge Janet Bond Arterton on 8/7/08. (Malone, P.) (Entered: 08/08/2008) |
| 08/07/2008 | Ï | Cases associated. Create association to 3:08−cv−00475−JBA. (Malone, P.) (Entered: 08/08/2008) |
| 08/25/2008 | Ï 36 | MDL Transfer ORDER Case Transferred to the Eastern Division of Northern District of Illinois. Signed by J. Fredrick Motz MDL Pannel on 8/18/08(Malone, P.) (Entered: 08/29/2008) |